IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK MICHAEL O'LEARY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:13-cv-4484-M-BN |
| JP MORGAN CHASE BANK N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 20, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

Defendants' motion to dismiss [Dkt. No. 4] is GRANTED with prejudice as to Plaintiff's claims of negligent misrepresentation and fraud in a real estate transaction.

Defendants' motion to dismiss is GRANTED without prejudice as to Plaintiff's claims for common-law fraud and injunctive relief.

Plaintiff may file an amended complaint as to those claims dismissed without prejudice within 21 days of the date of this Order. If Plaintiff fails to do so, the case will be be dismissed with prejudice without further notice.

**SO ORDERED** this 15th day of April, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS